UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANICE HINDS,

       Plaintiff,                             Case No. 1:08-CV-393

v.                                        Hon. Hugh W. Brenneman, Jr.

GRAND TRAVERSE COUNTY,

       Defendant.
_____/

**ORDER DENYING DEFENDANT'S AMENDED
MOTION FOR ORDER TO COMPEL ANSWERS TO DISCOVERY**

       Pending before the court is Defendant Grand Traverse County's Amended Motion for Order to Compel Answers to Discovery (docket no. 36). Pursuant to defendant's notice of withdrawal of the motion filed this date, the motion is DENIED as moot and the hearing scheduled for January 6, 2009 at 10:00 a.m. is CANCELLED.

       IT IS SO ORDERED.

Dated: December 15, 2008                           /s/ Hugh W. Brenneman, Jr.
                                                                     HUGH W. BRENNEMAN, JR.
                                                                     United States Magistrate Judge