UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANICE M. HINDS,

    Plaintiff,

vs.

GRAND TRAVERSE COUNTY,

    Defendant.

    Case No. 1:08-cv-393

    Hon. Hugh W. Brenneman, Jr.

    /

# ORDER

In accordance with the Opinion filed this date, the motion for summary judgment filed by defendant Grand Traverse County (docket no. 64) is:

**GRANTED** as to all of plaintiff's claims brought pursuant to Title VII, 42 U.S.C. § 2000e-3, except for the three retaliation claims investigated by the United States Equal Employment Opportunity Commission, those being the applications for telecommunicator, office specialist, and office clerk;

**GRANTED** as to all of plaintiff's claims brought pursuant to Michigan's Elliott-Larsen Civil Rights Act, M.C.L. § 37.2701(a), for retaliation based upon the filing of the Equal Employment Opportunity complaint against the Transportation Security Administration; and,

**DENIED** in all other respects.

**IT IS SO ORDERED.**

Dated: March 12, 2010                      /s/ Hugh W. Brenneman, Jr.
                                                   HUGH W. BRENNEMAN, JR.
                                                   United States Magistrate Judge